IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN RICHMOND,

      Plaintiff,

v.

MADISON POLICE DEPT.,
DET. COREY NELSON,
P.O. WILLIAM NEEDLEMAN,
P.O. SHANE PUESCHNER,
P.O. SHANE OLSON, P.O. MARINE YOO,
P.O. SOLON McGILL,
P.O. JEFFREY TWIGG,
ASST. DIST. ATTORNEY
COREY STEPHEN,
ATTORNEY JEFFREY W. PURNELL and
COURT OFFICIAL JUDGE
MARYANN SUMI,

      Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-118-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case under the rule in Preiser v. Rodriguez, 411 U.S. 475 (1973), and Heck v. Humphrey, 512 U.S. 477 (1994).

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

3/25/2011
Date